IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS J. WILLIAMS,

      Plaintiff,                     No.  2:12-cv-0759 KJM GGH P

   vs.

VINCENT, et al.,

      Defendants.          <u>ORDER</u>

_____/

       Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed.  Defendants have not made an appearance.  Pursuant to Fed. R. Civ. P. 41(a), the action is dismissed.

       Accordingly, the Clerk of Court shall close this case.

DATED: 07/10/12

                                /s/ Gregory G. Hollows
                        UNITED STATES MAGISTRATE JUDGE

GGH:mp
will0759.59ggh